Exhibit A

| | |
|---|---|
| **From:** | TERESA HEALY (CID) |
| **To:** | RONAN MCGEE (CID) |
| **Subject:** | FW: Adrian Dorin CORCHES |
| **Date:** | Wednesday, March 1, 2023 4:08:57 PM |
| **Attachments:** | Picture 1.png |
| | Picture 2.png |

**From:** JARRED MEDENWALD (CID) <​███████████@usss.dhs.gov>
**Sent:** Wednesday, March 1, 2023 7:48 AM
**To:** TERESA HEALY (CID) <███████████@usss.dhs.gov>; JACQUELINE CENAN (LAX) <███████████@usss.dhs.gov>
**Subject:** Fwd: Adrian Dorin CORCHES


Respectfully,

Jarred Medenwald
Special Agent
United States Secret Service
Criminal Investigative Division-GIOC
Cell: (202) ███████

**From:** MARIAN-CRISTINEL MAZARAR (FSN/BCH) <███████████@associates.usss.dhs.gov>
**Sent:** Wednesday, March 1, 2023 7:46:13 AM
**To:** JARRED MEDENWALD (CID) <███████████@usss.dhs.gov>
**Cc:** RADU VOICULESCU (FSN/BCH) <███████████@associates.usss.dhs.gov>
**Subject:** Adrian Dorin CORCHES

Name: Adrian Dorin CORCHES
DOB: ██████, 1972
POB: Deva, Hunedoara County, Romania
Address: ███████████ Street, Bldg. ██, Apartment ██, Deva City, Romania
Passport # ████████, issued on ████/2022
CNP: ███████████

Criminal background:

- He was sentenced to 4 year imprisonment for theft in 2002 in Pitesti City, Romania
- He was arrested in January 2009, but was released on bail in May 2009 for aggravated theft; he was sentenced to 1 year and 7 months in prison for aggravated theft in 2011 by the Bucharest Court of Appeal
- He was sentenced for theft in Norway in 2005
- He was sentenced to 2 years and 3 months in prison for theft in Finland in 2014

Cristi Mazarar
Investigative Specialist
U.S. Secret Service
Bucharest Resident Office
Office +40-███████
Mobile +40-███████